UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

American Equipment Co., Inc.

      v.                                Civil No. 09-cv-72-JM

Main Street Supply & Logistics,
Inc. and Peter Hoekstra, Jr.,
  Defendants

and Monadnok Community Bank,
  Trustee Process Defendant


**O R D E R**

Plaintiff American Equipment Company, Inc., petitions for an ex parte trustee process attachment of the bank account of defendant Main Street Supply & Logistics, Inc., held at Monadnok Community Bank. See Fed. R. Civ. P. 64. Plaintiff seeks to attach without prior notice the following personal property:

| Name of Defendant | **Real Estate** | **Other** | Amount of Attachment |
|---|---|---|---|
| 1. Main Street Supply & Logistics, Inc.[1] | | xx | $594,639.27 |

---

[1] Defendant's bank account held at Monadnok Community Bank, with a principal place of business at Monadnok Community Plaza Shopping Village, Peterborough, NH.

Plaintiff is granted permission to make the above attachment and shall complete service on the defendants within seven (7) days of the date of this order.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:   March 9, 2009

cc:     Philip M. Kalil, Esq.

**NOTICE TO DEFENDANT**

   YOU ARE HEREBY NOTIFIED THAT THE COURT HAS AUTHORIZED THE ABOVE ATTACHMENT TO SECURE ANY JUDGMENT OR DECREE THAT THE PLAINTIFF MAY OBTAIN.  YOU HAVE THE RIGHT TO ASK TO HAVE THE ATTACHMENT REMOVED, AND TO A HEARING.  IF YOU DO WISH TO MAKE SUCH A REQUEST AND TO HAVE A HEARING, YOU SHOULD FILE A WRITTEN REQUEST, DETAILING YOUR OBJECTIONS TO THE ATTACHMENT, WITH THE CLERK OF COURT, WITHIN 14 DAYS AFTER SERVICE OF THIS NOTICE ON YOU.  IF YOU FAIL TO FILE SUCH A REQUEST WITHIN THAT PERIOD OF TIME, YOU WILL BE DEEMED TO HAVE WAIVED YOUR RIGHT TO A HEARING WITH REFERENCE TO THE ATTACHMENT, BUT NOT WITH REFERENCE TO THE MERITS OF THE PLAINTIFF'S CLAIM.

_____
Clerk

2