UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>American Equipment Company, Inc.</u>

                                                    Civil No. 09-cv-72-JM

     v.

<u>Main Street Supply & Logistics, Inc. and Peter Hoekstra</u>

O R D E R

The court has been advised that Main Street Supply & Logistics, Inc. and Peter Hoekstra has filed for relief under the Bankruptcy Code.

There appears to be no further reason to maintain the file as an open one for statistical purposes.  The Clerk is instructed to statistically close the case.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary, any party may move to reopen.

SO ORDERED.


April 1, 2009                                            /s/ Justo Arenas
                                                        Justo Arenas
                                                        United States Magistrate Judge


cc:    Andrew J. Tine, Esq.
        Philip M. Kalil, Esq.
        Peter N. Tamposi, Esq.